IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| **CLIFTON JONES** | **PLAINTIFF** |
|---|---|
| VS. | CIVIL ACTION NO. 5:07-CV-00157(DCB)(JMR) |
| **CITY OF YAZOO CITY, MISSISSIPPI, ET AL.** | **DEFENDANTS** |

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the Plaintiff, Clifton Jones, and the Defendants, the City of Yazoo City, Mississippi, Linda Caston, Shirley Knight and Harrell Granberry, with the Clerk of the Court in Civil Action No. 5:07cv00157(DCB)(JMR), and as further evidenced by the signatures of their duly authorized counsel of record on the Stipulation of Dismissal, the Court holds that Plaintiff's claims against the Defendants should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff's claims against the Defendants are dismissed in their entirety with prejudice.

SO ORDERED, this the  10th  day of   June   , 2008.

                                                            s/ David Bramlette
                                               DISTRICT COURT JUDGE

JO.99383626.1